**Fill in this information to identify the case:**

Debtor name    **Global Premier Soccer Michigan, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **20-11374**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2020** to **Filing Date** | ☒ Operating a business<br>☐ Other _____ | **approx.**<br>**$4,000,000.00** |
| **For prior year:**<br>From   **1/01/2019** to **12/31/2019** | ☒ Operating a business<br>☐ Other _____ | **$55,886,538.00** |
| **For year before that:**<br>From   **1/01/2018** to **12/31/2018** | ☒ Operating a business<br>☐ Other _____ | **$55,131,396.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Global Premier Soccer Michigan, LLC** | Case number (if known) | **20-11374** |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See Appendix to SOFA Question No. 3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Appendix to SOFA Question No. 4** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **See Appendix to SOFA Question No. 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Global Premier Soccer Michigan, LLC**                           Case number *(if known)*  **20-11374**

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Murtha Cullina LLP**<br>**99 High Street, 20th Floor**<br>**Boston, MA 02110** | | **6/4/20, 6/8/20, 6/10, 6/19** | **$131,942.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Stout Risius Ross**<br>**2005 Market Street, Suite 2040**<br>**Philadelphia, PA 19103** | | **6/1/20** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   **Global Premier Soccer Michigan, LLC**                                        Case number *(if known)* **20-11374**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Harrison Legal** **19-20 Gramercy Park South** **New York, NY 10003** | | **5/19/20;** **5/27** | **$600,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Young Conaway** **1000 North King Street** **Wilmington, DE 19801** | | **5/18/20;** **5/22; 5/27** | **$340,369.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Stretto** **7 Times Square, 16th Floor** **New York, NY 10036** | | **5/29/20** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **HOF Village Sports Business, LLC** **c/o HOF Village, LLC** **2626 Fulton Drive NW** **Canton, OH 44718** | **50% Membership interest in Youth Sports Management, LLC** | **5/29/20** | **$0.00** |
| | Relationship to debtor **Joint Venture Partner** | | | |

Debtor   **Global Premier Soccer Michigan, LLC**                          Case number (if known)  **20-11374**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **HOF Village Sports Business, LLC** c/o HOF Village, LLC **2626 Fulton Drive NW Canton, OH 44718** | **100% Membership in LGS Football & Basketball, LLC** | | **$0.00** |
| | Relationship to debtor **Joint Venture Partner** | | | |
| 13.3. | **First Scout, Inc. 52 Lafayette Road, #3 North Hampton, NH 03862** | **Personal property related to the operation of First Scout Productions** | **10/31/19** | **$1.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **290 Heritage Ave #2 Portsmouth, NH 03801** | |
| 14.2. | **2950 W. Square Lake Rd. Troy, MI 48098** | |
| 14.3. | **1 High St. Ct. Morristown, NJ 07960** | |
| 14.4. | **85 Central Street Waltham, MA 02453** | |
| 14.5. | **3030 S 9th Street Kalamazoo, MI 49009** | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Global Premier Soccer Michigan, LLC** | Case number *(if known)* | **20-11374** |
| --- | --- | --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

**Customer names, addresses, phone numbers, emails address, payment information**

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Legacy Global Sports LP 401(k) Profit Sharing Plan & Trust** | EIN: _____ |

Has the plan been terminated?
☒ No
☐ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **See Appendix to SOFA Question No. 18** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Global Premier Soccer Michigan, LLC**                          Case number *(if known)*   **20-11374**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **A-Verdi Storage Containers**<br>**14150 Route 31**<br>**Savannah, NY 13146** | **Unknown** | **Various hockey equipment, apparel, signs and marketing material** | ☐ No<br>☒ Yes |
| **Life Storage**<br>**6467 Main Street**<br>**Buffalo, NY 14221** | **Unknown** | **Various hockey equipment, apparel, signs and marketing material** | ☐ No<br>☒ Yes |
| **Cubesmart Cube F51**<br>**307 East Hanover Avenue**<br>**Morristown, NJ 07960** | **Unknown** | **Various Lacrosse equipment, apparel, signs and marketing material** | ☐ No<br>☒ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Global Premier Soccer Michigan, LLC** | | Case number *(if known)* **20-11374** |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **See Appendix to SOFA<br>Question No. 25** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **The Siegfried Group<br>1201 N. Market Street<br>Wilmington, DE 19801** | **May 2019 to March<br>2020** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **BDO USA LLP<br>PO Box 642743<br>Pittsburgh, PA 15264-2743** | **2015 to May 2020** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **BDO USA LLP<br>PO Box 642743<br>Pittsburgh, PA 15264-2743** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
   statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.  **Jefferson River Capital LLC<br>1330 Avenue of the Americas<br>New York, NY 10019** |
| 26d.2.  **Generation Capital LGS, LP<br>17 Prince Arthur Avenue<br>3rd Floor<br>Toronto, ON** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Global Premier Soccer Michigan, LLC**                                    Case number *(if known)*  **20-11374**

| Name and address |
|---|
| 26d.3.    **The Provident Bank**<br>**5 Market Street**<br>**Amesbury, MA 01913** |
| 26d.4.    **Citizens Bank, N.A.**<br>**One Citizens Plaza**<br>**Providence, RI 02903** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Appendix to SOFA Question No. 28** | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Appendix to SOFA Question No. 29** | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    **See Appendix to SOFA Question No. 30** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☒ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Global Premier Soccer Michigan, LLC**                                   Case number *(if known)*  **20-11374**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **See Appendix to SOFA Question No. 31** | **EIN:** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 1, 2020**

_____             **Philip Silveira**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

## Appendix to SOFA Question No. 3
### Transfers within 90 days of the Petition Date

| Creditor | Transfer Date | Bank | Bank Account | Amount |
|---|---|---|---|---|
| American Express | 02/21/20 | Provident | LGS LP Operating | $ 50,000.00 |
| | 03/04/20 | Provident | LGS LP Operating | $ 380,000.44 |
| | 03/06/20 | Provident | LGS LP Operating | $ 282,400.13 |
| | 03/09/20 | Provident | LGS LP Operating | $ 23,714.77 |
| | 03/19/20 | Provident | LGS LP Operating | $ 7,500.00 |
| | 03/23/20 | Provident | LGS LP Operating | $ 2,500.00 |
| | 03/31/20 | Provident | LGS LP Operating | $ 11,049.99 |
| American Express Total | | | | $ 757,165.33 |
| Harrison Legal | 05/19/20 | Provident | LGS LP Operating | $ 400,000.00 |
| | 05/27/20 | Citizens | Main Operating | $ 100,000.00 |
| | 06/15/20 | Citizens | | $ 100,000.00 |
| Harrison Legal Total | | | | $ 600,000.00 |
| Young Conaway | 05/18/20 | Provident | LGS LP Operating | $ 148,076.00 |
| | 05/22/20 | Provident | LGS LP Operating | $ 32,293.00 |
| | 05/27/20 | Citizens | Main Operating | $ 160,000.00 |
| Young Conoway Total | | | | $ 340,369.00 |
| The Siegfried Group | 02/24/20 | Provident | LGS LP Operating | $ 50,000.00 |
| | 03/04/20 | Provident | LGS LP Operating | $ 50,000.00 |
| | 03/06/20 | Provident | LGS LP Operating | $ 175,000.00 |
| The Siegfried Group Total | | | | $ 275,000.00 |
| Vanbridge | 06/15/20 | Citizens | | $ 267,009.00 |
| Vanbridge Total | | | | $ 267,009.00 |
| GPS Real Estate | 02/21/20 | Provident | GPS-New Hampshire | $ 11,828.56 |
| | 03/02/20 | Provident | GPS-New Hampshire | $ 11,520.00 |
| | 03/12/20 | Provident | GPS-New Hampshire | $ 106,880.00 |
| | 06/01/20 | Citizens | DBA Global Premier Soccer | $ 33,660.00 |
| GPS Real Estate Total | | | | $ 163,888.56 |
| Cross Insurance | 02/24/20 | Provident | LGS LP Operating | $ 75,000.00 |
| | 05/28/20 | Citizens | Main Operating | $ 75,081.76 |
| Cross Insurance Total | | | | $ 150,081.76 |

| Payee | Date | Bank | Account | Amount |
|---|---|---|---|---|
| Pollack Solomon Duffy | 04/06/20 | Provident | LGS LP Operating | $ 50,000.00 |
| | 04/13/20 | Provident | LGS LP Operating | $ 50,000.00 |
| | 04/17/20 | Provident | LGS LP Operating | $ 50,000.00 |
| Pollack Solomon Duffy Total | | | | $ 150,000.00 |
| Murtha Cullina | 6/4 | Citizens | Main Operating | $ 10,000.00 |
| | 6/8 | Citizens | Main Operating | $ 20,000.00 |
| | 6/10 | Citizens | Main Operating | $ 20,000.00 |
| | 6/15 | Citizens | Main Operating | $ 30,000.00 |
| | 6/19 | Citizens | | $ 51,942.00 |
| Murtha Cullina Total | | | | $ 131,942.00 |
| South Carolina | 6/15 | Citizens | | $ 105,376.61 |
| South Carolina Total | | | | $ 105,376.61 |
| The Hartford | 04/14/20 | Provident | LGS LP Operating | $ 38,636.01 |
| | 6/15 | Citizens | | $ 56,913.00 |
| The Hartford Total | | | | $ 95,549.01 |
| US Officials | 02/28/20 | Provident | GPS-Massachusetts Operating | $ 70,000.00 |
| US Officials Total | | | | $ 70,000.00 |
| Ignite | 03/27/20 | Provident | LGS LP Operating | $ 34,725.00 |
| | 04/30/20 | Provident | LGS LP Operating | $ 12,534.38 |
| | 05/22/20 | Provident | LGS LP Operating | $ 8,250.00 |
| | 6/15 | Citizens | | $ 10,500.00 |
| Ignite Total | | | | $ 66,009.38 |
| TAP Portugal | 03/05/20 | Provident | LGS LP Operating | $ 59,512.32 |
| TAP Portugal Total | | | | $ 59,512.32 |
| Stephen Griffin | 04/17/20 | Provident | LGS LP Operating | $ 14,583.33 |
| | 05/08/20 | Citizens | Main Operating | $ 14,583.33 |
| | 05/15/20 | Citizens | Main Operating | $ 14,583.33 |
| | 05/29/20 | Citizens | Main Operating | $ 14,583.33 |
| Stephen Griffin Total | | | | $ 58,333.32 |
| Wide World of Indoor Sports | 02/28/20 | Provident | GPS-Rhode Island | $ 27,409.25 |
| | 03/10/20 | Provident | GPS-Rhode Island | $ 27,409.25 |
| Wide World of Indoor Sports Total | | | | $ 54,818.50 |
| Referees Crease | 03/05/20 | Provident | LGS LP Operating | $ 52,928.00 |
| Referees Crease Total | | | | $ 52,928.00 |
| Innovative V LLC | 03/03/20 | Provident | PSE LLC Operating | $ 52,450.00 |

| | | | | | |
|---|---|---|---|---|---|
| Innovative V LLC Total | | | | $ | 52,450.00 |
| Caribbean Connection Foundation | 05/01/20 | Citizens | DBA Global Premier Soccer | $ | 20,000.00 |
| | 05/11/20 | Citizens | DBA Global Premier Soccer | $ | 20,000.00 |
| | 05/19/20 | Citizens | DBA Global Premier Soccer | $ | 10,818.29 |
| Caribbean Connection Foundation Total | | | | $ | 50,818.29 |
| Stout Risius Ross | 06/01/20 | Citizens | Main Operating | $ | 50,000.00 |
| Stout Risius Ross Total | | | | $ | 50,000.00 |
| Sard Verbinnen | 05/29/20 | Citizens | Main Operating | $ | 50,000.00 |
| Sard Verbinnen Total | | | | $ | 50,000.00 |
| US Officials LLC | 04/01/20 | Provident | GPS-Massachusetts Operating | $ | 12,000.00 |
| | 04/10/20 | Provident | GPS-Massachusetts Operating | $ | 11,241.33 |
| | 04/17/20 | Provident | GPS-Massachusetts Operating | $ | 11,241.33 |
| | 04/24/20 | Provident | GPS-Massachusetts Operating | $ | 11,437.16 |
| US Officials LLC Total | | | | $ | 45,919.82 |
| Foxboro Sports Center | 03/06/20 | Provident | LGS LP Operating | $ | 40,485.00 |
| Foxboro Sports Center Total | | | | $ | 40,485.00 |
| United States Hockey League | 03/06/20 | Provident | PSE LLC Operating | $ | 39,480.00 |
| United States Hockey League Total | | | | $ | 39,480.00 |
| Great Lakes Sports City dba Frasier Hockeyland | 03/05/20 | Provident | LGS LP Operating | $ | 39,337.50 |
| Great Lakes Sports City dba Frasier Hockeyland Total | | | | $ | 39,337.50 |
| Philadelphia Insurance | 02/25/20 | Provident | LGS LP Operating | $ | 5,878.00 |
| | 03/23/20 | Provident | LGS LP Operating | $ | 25,280.13 |
| | 03/24/20 | Provident | LGS LP Operating | $ | 7,507.34 |
| Philadelphia Insurance Total | | | | $ | 38,665.47 |
| Advent Health Center Ice | 03/10/20 | Provident | LGS LP Operating | $ | 37,350.71 |
| Advent Health Center Ice Total | | | | $ | 37,350.71 |
| Richmond Strikers Soccer Club | 02/28/20 | Provident | GPS-Massachusetts Operating | $ | 34,350.00 |
| Richmond Strikers Soccer Club Total | | | | $ | 34,350.00 |
| Back River Sports Complex | 05/29/20 | Citizens | DBA Global Premier Soccer | $ | 33,660.00 |
| Back River Sports Complex Total | | | | $ | 33,660.00 |
| GPS Spain | 03/12/20 | Provident | GPS-Massachusetts Operating | $ | 33,580.00 |
| GPS Spain Total | | | | $ | 33,580.00 |
| The Athletic Campus, LLC | 02/20/20 | Provident | GPS-New York | $ | 32,673.34 |
| The Athletic Campus, LLC Total | | | | $ | 32,673.34 |
| The Atlantic Club, Inc. | 03/04/20 | Provident | LGS LP Operating | $ | 31,500.00 |

| | | | | $ | |
|---|---|---|---|---|---|
| The Atlantic Club, Inc.  Total | | | | $ | 31,500.00 |
| College Life Italia | 03/06/20 | Provident | GPS-Massachusetts Operating | $ | 11,507.28 |
| | 03/16/20 | Provident | GPS-Massachusetts Operating | $ | 11,507.28 |
| | 05/05/20 | Provident | GPS-Massachusetts Operating | $ | 8,280.17 |
| College Life Italia Total | | | | $ | 31,294.73 |
| Wework | 03/03/20 | Provident | LGS LP Operating | $ | 25,637.70 |
| | 03/09/20 | Provident | LGS LP Operating | $ | 4,770.00 |
| Wework Total | | | | $ | 30,407.70 |
| City of Rochester | 03/04/20 | Provident | GPS-New York | $ | 29,041.50 |
| City of Rochester Total | | | | $ | 29,041.50 |
| City of Trenton | 02/28/20 | Provident | LGS LP Operating | $ | 27,040.00 |
| City of Trenton Total | | | | $ | 27,040.00 |
| BDO | 03/17/20 | Provident | LGS LP Operating | $ | 26,500.00 |
| BDO Total | | | | $ | 26,500.00 |
| NESV Ice LLC | 03/16/20 | Provident | LGS LP Operating | $ | 21,937.50 |
| NESV Ice LLC Total | | | | $ | 21,937.50 |
| UPMC Lemieux Sports Complex | 02/24/20 | Provident | LGS LP Operating | $ | 21,690.00 |
| UPMC Lemieux Sports Complex Total | | | | $ | 21,690.00 |
| Lime Management Worldwide Limited | 03/05/20 | Provident | LGS LP Operating | $ | 21,167.23 |
| Lime Management Worldwide Limited Total | | | | $ | 21,167.23 |
| Express Management Rodman Arena | 02/25/20 | Provident | LGS LP Operating | $ | 20,677.50 |
| Express Management Rodman Arena Total | | | | $ | 20,677.50 |
| Quadal Advisors | 04/10/20 | Provident | LGS LP Operating | $ | 20,000.00 |
| Quadal Advisors Total | | | | $ | 20,000.00 |
| Stretto | 05/29/20 | Citizens | Main Operating | $ | 20,000.00 |
| Stretto Total | | | | $ | 20,000.00 |
| STEPS Lacrosse | 02/25/20 | Provident | LGS LP Operating | $ | 19,600.00 |
| STEPS Lacrosse Total | | | | $ | 19,600.00 |
| The Thruway Soccer League | 02/24/20 | Provident | GPS-New York | $ | 18,793.00 |
| The Thruway Soccer League Total | | | | $ | 18,793.00 |
| Portland Sports Complex | 05/29/20 | Citizens | DBA Global Premier Soccer | $ | 9,375.00 |
| | 06/03/20 | Citizens | DBA Global Premier Soccer | $ | 9,375.00 |
| Portland Sports Complex Total | | | | $ | 18,750.00 |
| Pinnacle Athletics LLC | 03/17/20 | Provident | GPS-New York | $ | 17,456.00 |
| Pinnacle Athletics LLC Total | | | | $ | 17,456.00 |

| | | | | |
|---|---|---|---|---|
| Union Point Sports, LLC | 06/01/20 | Citizens | DBA Global Premier Soccer | $ 17,145.00 |
| Union Point Sports, LLC Total | | | | $ 17,145.00 |
| Northeast Futsal Fest | 05/22/20 | Provident | GPS-Massachusetts Operating | $ 16,981.93 |
| Northeast Futsal Fest Total | | | | $ 16,981.93 |
| Halperin Battaglia | 06/04/20 | Citizens | Main Operating | $ 15,000.00 |
| Halperin Battaglia Total | | | | $ 15,000.00 |
| City of Taylor | 03/23/20 | Provident | LGS LP Operating | $ 13,807.50 |
| City of Taylor Total | | | | $ 13,807.50 |
| City of Cranston Ice Rink | 03/06/20 | Provident | LGS LP Operating | $ 13,750.00 |
| City of Cranston Ice Rink Total | | | | $ 13,750.00 |
| US Performance Academy | 04/01/20 | Provident | GPS-Massachusetts Operating | $ 6,719.00 |
| | 04/17/20 | Provident | GPS-Massachusetts Operating | $ 6,718.50 |
| US Performance Academy Total | | | | $ 13,437.50 |
| Tyngsboro Sports Center | 05/29/20 | Citizens | DBA Global Premier Soccer | $ 12,948.00 |
| Tyngsboro Sports Center Total | | | | $ 12,948.00 |
| Hampshire Hills Athletic Club | 03/04/20 | Provident | GPS-New Hampshire | $ 12,875.00 |
| Hampshire Hills Athletic Club Total | | | | $ 12,875.00 |
| Danvers Indoor Sports | 02/27/20 | Provident | GPS-Massachusetts Operating | $ 12,300.00 |
| Danvers Indoor Sports Total | | | | $ 12,300.00 |
| CT Rush Soccer LLC | 03/24/20 | Provident | GPS-Rhode Island | $ 11,600.00 |
| CT Rush Soccer LLC Total | | | | $ 11,600.00 |
| Christian Brothers institute of MA | 06/01/20 | Citizens | DBA Global Premier Soccer | $ 11,000.00 |
| Christian Brothers institute of MA Total | | | | $ 11,000.00 |
| Bosse Framingham | 05/29/20 | Citizens | DBA Global Premier Soccer | $ 10,894.06 |
| Bosse Framingham Total | | | | $ 10,894.06 |
| State of Vermont Taxes | 06/01/20 | Provident | LGS LP Operating | $ 10,278.41 |
| State of Vermont Taxes Total | | | | $ 10,278.41 |
| Sport Plex Metuchen Group | 03/24/20 | Provident | LGS LP Operating | $ 10,249.98 |
| Sport Plex Metuchen Group Total | | | | $ 10,249.98 |
| GotSoccer LLC | 05/29/20 | Provident | GPS-Massachusetts Operating | $ 10,139.05 |
| GotSoccer LLC Total | | | | $ 10,139.05 |
| Pinnac;e Athletics | 03/03/20 | Provident | GPS-New York | $ 10,125.00 |
| Pinnac;e Athletics Total | | | | $ 10,125.00 |
| Aquinas Institute | 03/31/20 | Provident | GPS-New York | $ 10,000.00 |
| Aquinas Institute Total | | | | $ 10,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Town of Weymouth | 06/01/20 | Citizens | DBA Global Premier Soccer | $ | 10,000.00 |
| Town of Weymouth Total | | | | $ | 10,000.00 |
| Massachusetts Youth Soccer Association | 05/29/20 | Citizens | DBA Global Premier Soccer | $ | 9,796.09 |
| Massachusetts Youth Soccer Association Total | | | | $ | 9,796.09 |
| Fore Kicks II LP | 05/29/20 | Citizens | DBA Global Premier Soccer | $ | 9,550.00 |
| Fore Kicks II LP Total | | | | $ | 9,550.00 |
| Cortland Capital Market Services | 05/07/20 | Provident | LGS LP Operating | $ | 8,750.00 |
| Cortland Capital Market Services Total | | | | $ | 8,750.00 |
| Usports | 03/02/20 | Provident | GPS-Massachusetts Operating | $ | 8,611.18 |
| Usports Total | | | | $ | 8,611.18 |
| Huskies Hockey Club | 05/18/20 | Provident | LGS LP Operating | $ | 8,500.00 |
| Huskies Hockey Club Total | | | | $ | 8,500.00 |
| Marina Bay Sportsplex LLC | 06/05/20 | Provident | GPS-Massachusetts Operating | $ | 8,000.00 |
| Marina Bay Sportsplex LLC Total | | | | $ | 8,000.00 |
| CDYSL | 03/23/20 | Provident | GPS-New York | $ | 7,580.00 |
| CDYSL Total | | | | $ | 7,580.00 |

## Appendix to SOFA Question No. 4
## Transfers to Insiders Within 1 Year

| Name and Address of Recipient | Amount of Money | Dates | Reason for providing value | Relationship to debtor |
|---|---|---|---|---|
| Jefferson River Capital, LLC<br>1330 Avenue of the Americas<br>New York, NY 10019 | $110,456 | 6/27/19 | Reimbursement of Expenses and Monitoring Fee | Secured Creditor/ Equity Owner |
| Joseph M. Bradley | $87,307.76 | Various | Owner Draw/ Compensation | Executive Staff |
| Keith Caldwell | $67,667.40 | Various | Salary/Compensation | Officer |
| Derek Irwin | $29,166.62 | Various | Salary/Compensation | Officer |
| Stephen Griffin | $308,710.08 | Various | Salary/Compensation | Officer |
| Laura McLaughlin | $219,119.22 | Various | Salary/Compensation | Officer |
| Philip Silveira<br>77 Sleeper Street<br>Boston, MA 02210 | $92,339.91 | Various | Salary/Compensation | Officer |

| Appendix to SOFA Question No. 7 | | | | | |
|---|---|---|---|---|---|
| List of Legal Actions, etc. | | | | | |
| Plaintiff / Potential Plaintiff | Counsel (or potential plaintiff's contact info) | Caption (if filed) | Venue | Nature of Case | Status |
| Department of Justice | | | | Investigation into potential visa fraud by former officers | |
| New York State Department of Labor<br><br>Claimant: Given Maqubela | Paul Appleby<br>Senior Labor Standards Investigator<br>New York State Department of Labor, Division of Labor Standards<br>Walter J. Mahoney State Office Building<br>65 Court Street, Room 202<br>Buffalo, NY 14202<br>paul.appleby@labor.ny.gov<br><br>Claimant's counsel:<br>Rebecca R. Cohen<br>Bousquet Holstein PLLC<br>110 West Fayette Street<br>One Lincoln Center, Suite 1000<br>Syracuse, NY 13202-1190<br>rcohen@bhlawpllc.com | Case No. LS09 2019005196 | NY Department of Labor | Complaint to NY Department of Labor by Given Simphiwe Maqubela for alleged violations of New York State Wage and Hour Laws for failure to pay minimum wage and overtime. | 5/15/20 - Settlement for $40,000 (payble in monthly installments beginning 6/15/20) |
| Richard T. Nilsson | Richard T. Nilsson<br>49 Russell Road<br>Somerville, MA 02144<br><br>(Complaint filed *pro se* ) | Nilsson v. Global Premier Soccer, LLC, Peter Bradley, GPS Coaches (former) David, Adam and Connor, Civil Action No. 1981CV02663 | Massachusetts Superior Court, Middlesex County | Complaint for defamation, intentional infliction of emotional distress, loss of consortium based on alleged statements made by Bradley and other GPS coaches and subsequent alleged wrongful dismissal. | 9/10/19 - Complaint filed.<br><br>*As far as we are aware, complaint has not been served. |
| Jeff Lukasak | U.S. Equal Employment Opportunity Commission<br>Detroit Field Office<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226<br>Attn: Deanna Wooten<br>deanna.wooten@eeoc.gov | Charge: 471-2020-02111 | U.S. Equal Employment Opportunity Commission | Charge of Discrimination claiming company targeted Lukasak for sham investigation and fired him because of gender. | 3/4/20 - Lukasak filed EEOC complaint against PSE and LGS.<br><br>4/13/20 - EEOC position statement filed by PSE and LGS. |
| Darla Pires DeGrace | Freya Shoffner<br>Shoffner & Associates<br>800 Boylston Street, Suite 1600<br>Boston, MA 02199-8034<br>skstein@shoffnerassociates.com | | | Claims by independent contractor for payment of outstanding invoices.  Total amount: $38,219.04 (excluded pending fees) | 4/13/20 - Letter from Ms. DeGrace to Legacy Global Sports demanding full payment within 5 days. |

| | | | | | |
|---|---|---|---|---|---|
| Josh Akright | Roland Baggott<br>Baggott Law<br>4525 Harding Rd., Suite 105<br>Nashville, TN 37205<br>roland@baggottlaw.com | | | Claim for constructive discharge | 4/21/20 - Letter providing formal Notice of Default with respect to Employment Agreement, Purchase and Sale Agreement, Promissory Note.<br><br>5/1/20 - Letter demanding Separation Notice, payment of compensation due and owing, threatening to file complaints with Departments of Labor.<br><br>5/11/20 - LGS letter re considering Akright's departure voluntary separation.<br><br>5/14/20 - Letter from Akright re settlement demand.<br><br>5/18/20 - Cease and desist letter to Akright re non-competition, non-solicitation covenants.<br><br>5/18/20 - Letter to Akright re settlement communication. |
| Ronald Cain | Joseph G. Talbot<br>Perkins Thompson<br>One Canal Plaza<br>PO Box 426<br>Portland, Me 04112-0426<br>jtalbot@perkinsthompson.com | | | Demand for payment and indemnification under Partnership Agreement.  Demand for payment of legal fees incurred in Legacy Global Sports, L.P. v. John St. Pierre et al, Docket No. 18-2019-CV-198. | 5/13/20 - Demand Letter to Legacy Global Sports, L.P. for payment of $8,847.50. |
| Cyclones Amateur Hockey Association | Tom Baginski<br>President<br>Cyclones Amateur Hockey Association<br>1996 S. Kirk Road<br>Geneva, IL 60134<br>bagservice1@gmail.com | | | Demand for refund of registration fee of $11,200 for Chicago Shootout. | 5/9/20 - Email from Carleen Jany requesting refund.<br><br>5/20/20 - Email from Tom Baginski (President of Cyclones) to J. Globke, P. Silveira, S. Griffin, J. Shields stating he will include them in any legal proceedings.<br><br>5/21/20 - Email from Tom Baginski stating the matter is going to club attorney to seek legal remedy. |

| | | | | | |
|---|---|---|---|---|---|
| Michigan Department of Labor and Economic Opportunity<br><br>Joseph Templin | Tara Bride<br>Assigned Investigator<br>State of Michigan Department of Labor and Economic Opportunity<br>2407 N. Grand River<br>Lansing, MI 48906<br>bridet@michigan.gov<br><br>Joseph Templin<br>2950 W. Square Lake Rd. Suite 101<br>Troy, MI 48098<br>jtemplin@legacyglobalsports.com | Claim # 206857 | State of Michigan Department of Labor and Economic Opportunity - Lansing | Claim for unpaid bonus of %10,506.00 (10% of salary) for 2019. | 5/18/20 - Claim Notice from LEO for alleged violation of Michigan Payment of Wages and Fringe Benefits Act, P.A. 390 of 1978, MCL 408.471 et seq.<br><br>5/28/20 - Due Date for Response. |
| Stephen Joyce | Stephen Joyce<br>sjoyce@legacyglobalsports.com | | Complaint submitted to Massachusetts Attorney General | Claim for unpaid bonus of $7,330.00 (10% of salary) for 2019. | 5/21/20 - Email from S. Joyce to L. McLaughlin notifying that he submitted workplace complaint with Massachusetts AG office. |
| Paul Maciejewski | Paul Maciejewski<br>Legacy Global Sports<br>2700 Brighton Henrietta Town Line Rd.<br>Rochester, NY 14623<br>pmaciejewski@legacyglobalsports.com | | | Claim for unpaid bonus of $6,403.02 for 2019. | 5/25/20 - Email from P. Maciejewski asking about bonus.<br><br>Note: He did not specifically threaten litigation. |
| Robert Stephen | Robert S. Stephen<br>Stephen Law Group, PLLC<br>582 Chestnut Street<br>Manchester, NH 03104<br>rob@stephenlaw.com | Robert Stephen v. Back River Sports Complex, LLC and Global Premier Soccer | New Hampshire Superior Court, Hillsborough | Demand for refund of fees for sons for 2019/2020 season. Claim under New Hampshire Consumer Protection Statute (treble damages, interest and costs). Amount demanded in complaint: $15,000 | Complaint filed. |
| Michigan Department of Labor and Economic Opportunity<br><br>Sasha Ristic | Tara Bride<br>Assigned Investigator<br>State of Michigan Department of Labor and Economic Opportunity<br>2407 N. Grand River<br>Lansing, MI 48906<br>bridet@michigan.gov<br><br>Sasha Ristic | Claim # 206867 | State of Michigan Department of Labor and Economic Opportunity - Lansing | Claim for unpaid bonus of $18,690.00 (10% of salary) for 2019. | 5/22/20 - Claim Notice from LEO for alleged violation of Michigan Payment of Wages and Fringe Benefits Act, P.A. 390 of 1978, MCL 408.471 et seq.<br>(Received scanned version of notice on 6/5)<br><br>6/1/20 - Due Date for Response. |
| Minnesota Generals AAA Hockey Club | Paul Bajda<br>paul@minnesotagenerals.com<br><br>Mike Engstrom<br>mike@minnesotagenerals.com | | | Request for refund | 6/9/20 - email from P. Bajda requesting refund, indicating they will wait until 6/15 for response and then take legal action, etc. |

| | **Complaints Filed by the Debtor or On Debtor's Behalf** | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | **Defendant / Potential Defendant** | **Counsel** | **Caption (if filed)** | **Venue** | **Nature of Case** | **Status** |
| | Joseph Bradley<br><br>Peter Bradley | Mary Katherine Geraghty<br>Burns & Levinson, LLP<br>125 High Street<br>Boston, MA 02110<br>mgeraghty@burnslev.com | LGS Management, LLC v. Joseph Bradley and Peter Bradley | JAMS arbitration Portsmouth, NH | Based on acquisition of GPS<br>Fraudulent inducement.<br>Breaches of fiduciary duty by Joe Bradley as CEO of GPS.<br><br>Claims that Bradleys hid illegal conduct (visa fraud, etc.) from Legacy when selling 80% interest in GPS to Legacy and then after acquisition, conducted outside of GPS by forming businesses to exclusion and at expense of GPS.<br><br>Alleged fraudulent concealment of extent of violation of federal immigration laws.<br><br>Company's financial statments overstated revenue, understated expenses, mistated value of Company's assets and operations.<br><br>Unlawful activity has led to federal grand jury investigation, search warrant executed. | Filed demand in December; have agreed to push selecting arbitrator thus far; would rather see him criminally charged; had to file because of S/L (had had tolling agreements but other side refused to renew). |
| | Surf Cup Sports, LLC d/b/a New England Surf Soccer Club, South Carolina Soccer Club and San Diego Surf Soccer Club<br><br>Luke Krawczyk<br><br>Andrew Prosser | Charlotte Marie Petilla<br>C. Max Perlman<br>Hirsch Roberts Weinstein LLP<br>24 Federal Street, 12th Floor<br>Boston, MA 02110<br>max@hrwlawyers.com<br>cpetilla@hrwlawyers.com<br>(Counsel for Surf Cup Sports, LLC)<br><br>Christopher W. Sanzone<br>Sanzone & McCarthy LLP<br>981 Worcester St, Suite 1A<br>Wellesley, MA 02482<br>chris@sanzonemccarthy.com<br>(Counsel for Krawczyk and Prosser) | Massachusetts Premier Soccer, LLC v. Surf Cup Sports, LLC et al<br>20-cv-10430 | US District Court for the District of Massachusets | Claims based on alleged conversion of GPS's social media pages. Claims include false advertising and promotion, tortious interference, breach of non-competition obligations, conspiracy, unfair and deceptive trade practices, unfair competition. | Done; never quantified in terms of damages<br><br>4/3/20 - Settlement Agreement<br><br>4/10/20 - Notice of Voluntary Dismissal of all claims with prejudice |

| | | | | | |
|---|---|---|---|---|---|
| Burns & Levinson<br><br>Thomas T. Reith<br><br>Mary Katherine Geraghty<br><br>Perry A. Henderson Jr. a/k/a Andy Henderson | Matthew C. Moschella<br>Christopher Blazejewski<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>mcmoschella@sherin.com<br>cblazejewski@sherin.com | Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer v. Burns & Levinson LLP, Thomas T. Reith, Mary Katherine Geraghty, and Perry A. Henderson Jr. a/k/a "Andy Henderson"<br>2084CV00398 | Massachusetts Superior Court, Suffolk County | Claims for legal malpractice based on alleged representation of other parties in matters adverse to GPS's interests while GPS was current and former client; failing to use due care in legal advice to GPS. Claim for excessive and unreasonable billing. | 2/18/2020 - Amended Complaint<br><br>5/01/20 - Voluntary Dimissal of Count III (Injunctive Relief) in part as result of resolution of case against Surf et al.<br><br>5/18/20 - Burns & Levinson Opposition to Plaintiff's Emergency Motion for Expedited Discovery of Plaintiff's Client Files<br><br>5/19/20 - Plaintiff's Reply in Further Support of Motion for Expedited Discovery Concerning Plaintiff's Client Files |
| John St. Pierre<br><br>Travis Bezio<br><br>North Atlantic Hockey, LLC d/b/a The Rinks at Exeter | Christopher H.M. Carter<br>Daniel M. Deschenes<br>Owen R. Graham<br>Hinckley Allen<br>650 Elm Street, Suite 500<br>Manchester, NH 03101<br>ccarter@hinckleyallen.com<br>ddeschenes@hinckleyallen.com<br>ograham@hinckleyallen.com<br>(Counsel for St. Pierre)<br><br>Arnold Rosenblatt<br>Kathleen M. Mahan<br>Cook, Little, Rosenblatt & Manson, PLLC<br>1000 Elm Street, 20th Floor<br>Manchester, NH 03101<br>a.rosenblatt@clrm.com<br>k.mahan@clrm.com<br>(Counsel for Travis Bezio and Rinks at Exeter) | Legacy Global Sports, L.P. v. John St. Pierre, Travis Bezio and North Atlantic Hockey, LLC d/b/a The Rinks at Exeter<br><br>218-2019-CV-00198 | Superior Court of New Hampshire, Merrimack County | Claims that defendants engaged in competitive business activity (development of ice rinks and youth hockey programs in violation of noncompete).<br><br>Claim for breach of fiduciary duty against St. Pierre and Rinks at Exeter.<br><br>Claim for breach of fiduciary duty of loyalty against Bezio and Rinks at Exeter. | Defendant filed TRO; denied 9/17/2019<br><br>Plaintiff filed TRO; denied 11/21/2019<br><br>12/18/2019 - Second Amended Complaint<br><br>12/30/2019 - Bezio Answer and Counterclaims<br><br>12/31/2019 - St. Pierre Answer & Counterclaims<br><br>4/27/20 - Order on motions to dismiss - motions granted in part and denied in part (dismissing all claims against The Rinks)<br><br>5/6/2020 - Plaintiff filed motion to reconsider dismissal of claims vs. The Rinks |

**Appendix to SOFA Question No. 18**
**List of Closed Accounts**

| Debtor Name | Name of Institution | Type of Account | Last 4 Digits of Account Number | Date Account Was Closed |
|---|---|---|---|---|
| Premier Sports Events, LLC | Provident Bank | Operating | x1712 | 6/15/2020 |
| Massachusetts Premier Soccer, LLC | Provident Bank | Operating | x0540 | 6/17/2020 |
| Rhode Island Premier Soccer | Provident Bank | Operating | x8700 | 4/24/2020 |
| Legacy Global Sports, L.P. | Provident Bank | Operating | x2384 | 4/5/2020 |
| Florida Premier Soccer, LLC | Provident Bank | Operating | x8651 | 5/28/2020 |
| GPS in Vermont, LLC | Provident Bank | Operating | x8669 | 4/5/2020 |
| New York Premier Soccier, LLC | Provident Bank | Operating | x8677 | 5/4/2020 |
| Maine Premier Soccer, LLC | Provident Bank | Operating | x8685 | 4/24/2020 |
| Mass Premier Soccer in New Hampshire, LLC | Provident Bank | Operating | x8693 | 4/27/2020 |
| Jersey Premier Soccer, LLC | Provident Bank | Operating | x8718 | 4/24/2020 |
| Carolina Premier Soccer, LLC | Provident Bank | Operating | x8726 | 5/14/2020 |
| Georgia Premier Soccer, LLC | Provident Bank | Operating | x8734 | 4/5/2020 |
| Global Premier Soccer California, LLC | Provident Bank | Operating | x8750 | 4/30/2020 |
| Global Premier Soccer Canada, LLC | Provident Bank | Operating | x8768 | 4/5/2020 |
| Global Premier Soccer Connecticut, LLC | Provident Bank | Operating | x8776 | 4/24/2020 |
| Global Premier Soccer Missouri, LLC | Provident Bank | Operating | x8784 | 4/6/2020 |
| Global Premier Soccer Oregon, LLC | Provident Bank | Operating | x8792 | 4/24/2020 |

10827925v1

# Appendix to SOFA Question No. 25

### 1. Businesses in Which a Debtor Currently Has an Interest

| Debtor | Business name and address |
|---|---|
| Legacy Global Sports LP | 1. Legacy Global Lacrosse<br>2. LGS Europe, AB (Sweden)<br>3. LGS Manufacturing, LLC<br>4. LGS Management, LLC<br>5. LGS Logistics, LLC<br>6. LGS Team Sales, LLC |
| LGS Management, LLC | 1. Massachusetts Premier Soccer, LLC |
| LGS Logistics, LLC | 1. Premier Sports Events, LLC<br>2. Action Youth. Ltd (UK)<br>3. Swedsports Tournament & Event, AB (Sweden) |
| Massachusetts Premier Soccer, LLC | 1. Maine Premier Soccer LLC<br>2. Mass Premier Soccer in New Hampshire LLC<br>3. Florida Premier Soccer LLC<br>4. New York Premier Soccer LLC<br>5. Jersey Premier Soccer LLC<br>6. GPS in Vermont LLC<br>7. Rhode Island Premier Soccer LLC<br>8. Carolina Premier Soccer LLC<br>9. Georgia Premier Soccer LLC<br>10. Global Premier Soccer Puerto Rico LLC<br>11. Global Premier Soccer Canada LLC<br>12. Global Premier Soccer Oregon LLC<br>13. Global Premier Soccer California LLC<br>14. Global Premier Soccer Missouri LLC<br>15. Global Premier Soccer Connecticut LLC<br>16. Global Premier Soccer Delaware LLC<br>17. Global Premier Soccer Michigan LLC<br>18. Global Premier Soccer Minnesota LLC<br>19. Global Premier Soccer Ohio LLC |

2. Businesses in which a Debtor formerly had an interest

| Debtor | Business name |
|---|---|
| Legacy Global Sports, LP | Youth Sports Management, LLC |
| LGS Logistics, LLC | LGS Football & Basketball, LLC |

## Appendix to SOFA Question No. 28
## List of Current Officers, Directors, etc.

| Debtor | Name, Address and Position | Position |
|---|---|---|
| Legacy Global Sports LP | Philip Silveira<br>77 Sleeper Street<br>Boston, MA 02210 | Chief Financial Officer |
| | David Wittels<br>c/o Jefferson River Capital<br>1330 Avenue of the Americas<br>New York, NY 10019 | Manager |
| | Richard Dresdale<br>c/o Jefferson River Capital<br>1330 Avenue of the Americas<br>New York, NY 10019 | Manager |
| | Micahel Somma<br>c/o Jefferson River Capital<br>1330 Avenue of the Americas<br>New York, NY 10019 | Manager |
| | John Brecker<br>c/o Quadal Advisors<br>305 East 51st Street<br>New York, NY 10022 | Manager |
| | Legacy Global Sports, LLC | General Partner |

| | | |
|---|---|---|
| Massachusetts Premier Soccer LLC | David Wittels<br>c/o Jefferson River Capital<br>1330 Avenue of the Americas<br>New York, NY 10019 | Manager |
| | Richard Dresdale<br>c/o Jefferson River Capital<br>1330 Avenue of the Americas<br>New York, NY 10019 | Manager |
| | Micahel Somma<br>c/o Jefferson River Capital<br>1330 Avenue of the Americas<br>New York, NY 10019 | Manager |
| | Joseph Bradley | Manager |
| | Philip Silveira<br>77 Sleeper Street<br>Boston, MA 02210 | Secretary |
| 1. LGS Management LLC<br>2. LGS Manufacturing LLC<br>3. Legacy Global Lacrosse LLC<br>4. LGS Logistics LLC<br>5. LGS Team Sales LLC<br>6. Premier Sports Events LLC<br>7. Maine Premier Soccer LLC<br>8. Mass Premier Soccer in New Hampshire LLC | Philip Silveira<br>77 Sleeper Street<br>Boston, MA 02210 | Manager |

| | | |
|---|---|---|
| 9.  Florida Premier Soccer LLC<br>10. New York Premier Soccer LLC<br>11. Jersey Premier Soccer LLC<br>12. GPS in Vermont LLC<br>13. Rhode Island Premier Soccer LLC<br>14. Carolina Premier Soccer LLC<br>15. Georgia Premier Soccer LLC<br>16. Global Premier Soccer Puerto Rico LLC<br>17. Global Premier Soccer Canada LLC<br>18. Global Premier Soccer Oregon LLC<br>19. Global Premier Soccer California LLC<br>20. Global Premier Soccer Missouri LLC<br>21. Global Premier Soccer Connecticut LLC<br>22. Global Premier Soccer Delaware LLC<br>23. Global Premier Soccer Michigan LLC<br>24. Global Premier Soccer Minnesota LLC<br>25. Global Premier Soccer Ohio LLC | | |

Appendix to SOFA Question No. 29
List of Former Officers, Directors, etc.

| Debtor | Former managers/officers | Period During Which Position Was Held |
|---|---|---|
| Legacy Global Sports LP | Stephen Griffin, CEO/Manager | Dec. 2018 to March 24, 2020 |
| | Luke McCormick, Manager c/o Generation Capital 17 Prince Arthur Avenue 3rd Floor Toronto, ON | Terminated March 24, 2020 |
| | Randy Bongarten, Manager | 2019 to March 24, 2020 |
| Massachusetts Premier Soccer LLC | Stephen Griffin (Chairman) | Dec. 2018 to March 24, 2020 |
| | Keith Caldwell, CEO | Jan. 2020 to June 19, 2020 |
| Maine Premier Soccer LLC | Paul Baber, Manager | April 2009 to March 2020 |
| | Keith Caldwell, Manager | Jan. 2020 to June 19, 2020 |
| Jersey Premier Soccer LLC | Neil Holloway, Manager | Sept. 2012 to March 2020 |

| | Keith Caldwell, Manager | Jan. 2020  to June 19, 2020 |
|---|---|---|
| 1. Mass Premier Soccer in New Hampshire LLC<br>2. Florida Premier Soccer LLC<br>3. New York Premier Soccer LLC<br>4. GPS in Vermont LLC<br>5. Rhode Island Premier Soccer LLC<br>6. Carolina Premier Soccer LLC<br>7. Georgia Premier Soccer LLC<br>8. Global Premier Soccer Puerto Rico LLC<br>9. Global Premier Soccer Canada LLC<br>10. Global Premier soccer Oregon LLC<br>11. Global Premier Soccer California LLC<br>12. Global Premier Soccer Missouri LLC<br>13. Global Premier Soccer Connecticut LLC | Joseph Bradley, Manager | Jan. 2002 to March 2020 |
| | Keith Caldwell, Manager | Jan. 2020 to June 19, 2020 |

## Appendix to SOFA Question No. 30

| Name and Address of Recipient | Amount of Money | Dates | Reason for providing value | Relationship to debtor |
|---|---|---|---|---|
| Jefferson River Capital, LLC<br>1330 Avenue of the Americas<br>New York, NY 10019 | $110,456 | 6/27/19 | Reimbursement of Expenses and Monitoring Fee | Secured Creditor/ Equity Owner |
| Joseph M. Bradley | $87,307.76 | Various | Owner Draw/ Compensation | Executive Staff |
| Keith Caldwell | $67,667.40 | Various | Salary/Compensation | Officer |
| Derek Irwin | $29,166.62 | Various | Salary/Compensation | Officer |
| Stephen Griffin | $308,710.08 | Various | Salary/Compensation | Officer |
| Laura McLaughlin | $219,119.22 | Various | Salary/Compensation | Officer |
| Philip Silveira<br>77 Sleeper Street<br>Boston, MA 02210 | $92,339.91 | Various | Salary/Compensation | Officer |

# Appendix to SOFA Question No. 31
# Consolidated Tax Returns

1. The following debtors have been a member of a consolidated group for tax purposes in which **Legacy Global Sports, L.P.**, EIN No. 81-1032834, was the parent:
   a. LGS Management, LLC
   b. LGS Manufacturing, LLC
   c. Legacy Global Lacrosse, LLC
   d. LGS Logistics, LLC
   e. LGS Team Sales, LLC
   f. Premier Sports Events, LLC

2. The following debtors have been a member of a consolidated group for tax purposes in which **Massachusetts Premier Soccer, LLC**, EIN No. 20-5716290, was the parent:
   a. Maine Premier Soccer, LLC
   b. Mass Premier Soccer in New Hampshire LLC
   c. Florida Premier Soccer LLC
   d. New York Premier Soccer LLC
   e. Jersey Premier Soccer LLC
   f. GPS in Vermont LLC
   g. Rhode Island Premier Soccer LLC
   h. Carolina Premier Soccer LLC
   i. Georgia Premier Soccer LLC
   j. Global Premier Soccer Puerto Rico LLC
   k. Global Premier Soccer Canada LLC
   l. Global Premier Soccer Oregon LLC
   m. Global Premier Soccer California LLC
   n. Global Premier Soccer Missouri, LLC
   o. Global Premier Soccer Connecticut LLC
   p. Global Premier Soccer Delaware LLC
   q. Global Premier Soccer Michigan LLC
   r. Global Premier Soccer Minnesota LLC
   s. Global Premier Soccer Ohio LLC